IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE SCHOOL DISTRICT OF PHILADELPHIA, :<br>Plaintiff, : | CIVIL ACTION |
| v. : | |
| KIMBERLY WILLIAMS, :<br>Individually and on behalf of C.H., :<br>Defendant. : | No. 14-6238 |

## ORDER

**AND NOW**, this **7th** day of **March, 2016**, upon consideration of Defendant's Motion for Attorneys' Fees and Costs (Document No. 34), Plaintiff's response thereto, and Defendant's reply thereon, and for the reasons stated in the Court's Memorandum dated March 7, 2016, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. Defendant is awarded $138,763.20 in attorneys' fees and $1,306.53 in costs.

3. The School District shall pay the award within 30 days of this order.

4. The Clerk of Court is directed to close this case.

5. The Clerk of Court is directed to close the related case, No. 14-6090.

BY THE COURT:

/s/ Berle M. Schiller

**Berle M. Schiller, J.**